**UNITED STATES of America,** Plaintiff-Appellee,

v.

**Nery Gustavo Ramos DUARTE, a/k/a El Diablo, Defendant-Appellant.**

No. 17-6529

United States Court of Appeals, Fourth Circuit.

Submitted: October 19, 2017

Decided: October 23, 2017

Nery Gustavo Ramos Duarte, Appellant Pro Se. Bonnie S. Greenberg, Zachery Byrne Stendig, Assistant United States Attorneys, Baltimore, Maryland, for Appellee.

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Nery Gustavo Ramos Duarte appeals the district court's order denying his motion to set aside forfeiture of United States currency. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Duarte*, No. 8:10-cr-00308-PWG-4, 2017 WL 1207585 (D. Md. Apr. 3, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*